Certificate Number: 01267-TNE-DE-031137234

Bankruptcy Case Number: 18-31070



01267-TNE-DE-031137234

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2018, at 3:02 o'clock PM EDT, Kathryn S Linley completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Tennessee.

Date:   June 5, 2018　　　　　　　　　　By:   /s/Rita Ramos

　　　　　　　　　　　　　　　　　　　　Name:   Rita Ramos

　　　　　　　　　　　　　　　　　　　　Title:   Counselor